849 A.2d 1133

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Neil L. CONWAY, Respondent.**

**No. 926 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 24, 2004.

## ORDER

PER CURIAM.

AND NOW, this 24th day of May, 2004, the Joint Petition is granted, and, pursuant to Rule 301(d), Pa.R.D.E., it is hereby ORDERED that respondent be transferred to inactive status for an indefinite period and until further Order of this Court. Respondent shall comply with the provisions of Rule 217, Pa.R.D.E.